# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| BONNIE L. CHAVEZ, | CASE NO. 5:12-CV-1617-SVW-OP |
|      Plaintiffs, | |
| v. | ORDER OF JOINT STIPULATION TO DISMISS WITH PREJUDICE |
| CITIMORTGAGE, INC., CR TITLE SERVICES INC., and DOES 1-100, inclusive, | |
|      Defendants. | |

**ORDER DISMISSING ACTION WITH PREJUDICE**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is Dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: March 25, 2013      _____

                             United States District Judge